UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | CAUSE NO. 3:08-CR-125(01) RM |
| NINA BULLOCK | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 27, 2008 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Nina Bullock's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1029(a)(5).

SO ORDERED.

ENTERED:  November 17, 2008

       /s/ Robert L. Miller, Jr.
       Chief Judge
       United States District Court